**NSK LTD. and NSK Corporation, Plaintiffs–Appellants,**

**and**

**NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc., and NTN–Bower Corporation, Plaintiffs,**

**v.**

**UNITED STATES, Defendant–Appellee,**

**and**

**Timken U.S. Corporation, Defendant–Appellee,**

**and**

**Koyo Seiko Co., Ltd., Koyo Corporation of U.S.A., Nachi–Fujikoshi Corp., Nachi America, Inc., and Nachi Technology, Inc., Defendants.**

**NSK Ltd. and NSK Corporation, Plaintiffs,**

**and**

**NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc., and NTN–Bower Corporation, Plaintiffs–Appellants,**

**v.**

**United States, Defendant–Appellee,**

**and**

**Timken U.S. Corporation, Defendant–Appellee,**

**and**

**Koyo Seiko Co., Ltd., Koyo Corporation of U.S.A., Nachi–Fujikoshi Corp., Nachi America, Inc., and Nachi Technology, Inc., Defendants.**

**Nos. 04–1223, 04–1236.**

United States Court of Appeals, Federal Circuit.

July 29, 2004.

Kazumune V. Kano, Donald J. Unger, Principal Attorneys, Carolyn D. Amadon, William Joseph Murphy, Of Counsel, Barnes, Richardson, Chicago, IL, for Plaintiff.

Matthew P. Jaffe, Principal Attorney, Robert A. Lipstein, Alexander H. Schaefer, of Counsel, Crowell & Moring, Washington, DC, for Plaintiff–Appellant.

Terence P. Stewart, Principal Attorney, William A. Fennell, Lane S. Hurewitz, Geert M. De Prest, of Counsel, Stewart and Stewart, Patricia M. McCarthy, Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Berniece A. Browne, John D. McInerney, Amanda L. Blaurock, Peter J. Kaldes, Jennifer D. Jones, of Counsel, Department of Commerce, Washington, DC, for Defendants–Appellees.

*ORDER*

Upon consideration of NTN Corporation et al.'s unopposed motion to sever and voluntarily dismiss appeal 04–1236,*

IT IS ORDERED THAT:

(1) NTN's motion is granted. A copy of this order shall be transmitted to the merits panel assigned to hear 04–1223.

(2) The revised official caption in appeal 04–1223 is reflected above.

(3) All sides shall bear their own costs in 04–1236.

---

* We assume that NTN Corporation intends to withdraw its brief. If that is not its intent, it should promptly notify this court otherwise.